1  STEVEN H. FELDERSTEIN, State Bar No. 056978
   PAUL J. PASCUZZI, State Bar No. 148810
2  TANIA M. MOYRON, State Bar No. 235736
   FELDERSTEIN FITZGERALD
3  WILLOUGHBY & PASCUZZI LLP
   400 Capitol Mall, Suite 1450
4  Sacramento, CA  95814
   Telephone: (916) 329-7400
5  Facsimile: (916) 329-7435
   sfelderstein@ffwplaw.com
6  ppascuzzi@ffwplaw.com
   tmoyron@ffwplaw.com

7  MALCOLM S. SEGAL, State Bar No.  075481
   SEGAL & KIRBY
8  770 L Street, Suite1440
   Sacramento, California  95814
9  Telephone:  (916) 441-0828
   Facsimile:  (916) 446-6003
10 msegal@segalandkirby.com

11 Attorneys for Scott Salyer, individually and as
   trustee of the Scott Salyer Revocable Trust, and the Scott
12 Salyer Revocable Trust

13 ANDREA M. MILLER, State Bar No.  88992
   JAMES C. KEOWEN, State Bar No. 173546
14 NAGELEY MEREDITH & MILLER, INC.
   8001 Folsom Boulevard, Suite 100
15 Sacramento, California  95826
   Telephone:  (916) 386-8292
16 Facsimile:  (916) 386-8952
   amiller@nmlawfirm.com
17 jimkeowen@nmlawfirm.com

18 Attorneys for SK PM Corp., SK Foods, LLC, SKF
   Canning, LLC, Blackstone Ranch Corporation, Monterey
19 Peninsula Farms, LLC, Salyer Management Company,
   LLC, SK Farms Services, LLC, SK Frozen Foods, LLC,
20 SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC,
   SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation,
21 LLC, and CSSS, LP d/b/a Central Valley Shippers

22 *Please see continuation page for a complete list of the moving parties and their respective counsel.*
23

24                UNITED STATES DISTRICT COURT

25                EASTERN DISTRICT OF CALIFORNIA

26 | In re: | **U.S. District Court Case No. 2:10-CV-03467-LKK** |
27 | SK FOODS, L.P., | |
28 | | Bankruptcy Court Case No. |

STIPULATION AND [PROPOSED] ORDER
ESTABLISHING BRIEFING IN BANKRUPTCY APPEAL
OF ORDER APPROVING COMPROMISE

| | |
|---|---|
| Debtor. | 09-29162-D-11 |

**STIPULATION AND ORDER ESTABLISHING BRIEFING IN BANKRUPTCY APPEAL OF ORDER APPROVING COMPROMISE**

**CONTINUATION SHEET:  PARTIES**

**AND THEIR RESPECTIVE COUNSEL**

| | |
|---|---|
| STEVEN H. FELDERSTEIN, State Bar No. 056978<br>PAUL J. PASCUZZI, State Bar No.  148810<br>TANIA M. MOYRON, State Bar No. 235736<br>FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, California  95814<br>Telephone:  (916) 329-7400<br>Facsimile:  (916) 329-7435<br>sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com<br>tmoyron@ffwplaw.com<br><br>Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust | ANDREA M. MILLER, State Bar No.  88992<br>JAMES C. KEOWEN, State Bar No. 173546<br>NAGELEY MEREDITH & MILLER, INC.<br>8001 Folsom Boulevard, Suite 100<br>Sacramento, California  95826<br>Telephone:  (916) 386-8292<br>Facsimile:  (916) 386-8952<br>amiller@nmlawfirm.com<br>jimkeowen@nmlawfirm.com<br><br>Counsel for SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation, LLC, and CSSS, LP d/b/a Central Valley Shippers |
| MALCOLM S. SEGAL, State Bar No.  075481<br>SEGAL & KIRBY<br>770 L Street, Suite1440<br>Sacramento, California  95814<br>Telephone:  (916) 441-0828<br>Facsimile:  (916) 446-6003<br>msegal@segalandkirby.com<br><br>Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust | GREGORY C. NUTI, State Bar No. 151754<br>KEVIN W. COLEMAN, State Bar No. 168538<br>MICHAEL M. CARLSON, State Bar No. 88048<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, California 94104-5501<br>Telephone: 415-364-6700<br>Facsimile: 415-364-6785<br>gnuti@schnader.com<br>kcoleman@schnader.com<br>mcarlson@schnader.com<br><br>Counsel for Bradley D. Sharp, Chapter 11 Trustee |

Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust; the Scott Salyer Revocable Trust; SK PM Corp.; SK Foods, LLC; SKF Canning, LLC; Blackstone Ranch Corporation; Monterey Peninsula Farms, LLC; Salyer Management Company, LLC; SK Farms Services, LLC; SK Frozen Foods, LLC; SS Farms, LLC; SSC Farming, LLC; SSC Farms I, LLC; SSC Farms II, LLC; SSC Farms III, LLC; SKF Aviation, LLC; and CSSS, LP d/b/a Central Valley Shippers (collectively, "Appellants"), on the one hand, and Bradley D. Sharp ("Appellee"), the duly appointed and acting chapter 11 trustee of substantively consolidated debtors SK Foods, L.P., a California limited partnership, and RHM Industrial/Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co., on the other hand, by and through their respective counsel, hereby stipulate and agree as follows:

1. On December 28, 2010, the Clerk of the United States Bankruptcy Court for the Eastern District of California filed a notice with the Court that the above-captioned appeal (the "Appeal") had been transferred to the Court.

2. On or around January 14, 2011, Appellants and Appellee agreed to participate in mediation concerning, among other things, the Appeal with Judge Michael McManus in the next sixty (60) days (the "Mediation"). Appellants and Appellee also agreed to postpone the briefing of the Appeal as the issues in the Appeal will be negotiated as part of the Mediation.

3. Although the Court has not yet entered a briefing schedule for the Appeal, Appellants and Appellee expect the Court to issue such briefing schedule sometime during the next thirty (30) days, which would most likely occur while the parties are still participating in Mediation. In order to avoid focusing on the briefing of the Appeal during the Mediation, Appellants and Appellee hereby agree that the deadline for Appellants to file their opening brief and excerpts of record should be extended to March 17, 2011, and that all other briefing thereafter regarding the Appeal should be conducted pursuant to a briefing schedule in accordance with the rules of this Court and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

4. Appellants and Appellee believe that postponing the briefing of the Appeal will enhance the parties' ability in the Mediation to agree to a consensual resolution of the issues in the Appeal, although the parties are unable to guarantee at this time that they will be successful.

5. For the foregoing reasons, Appellants and Appellee hereby jointly request that the Court enter an order setting March 17, 2011 as the deadline for Appellants to file their opening brief and excerpts of record in the Appeal, and that all other briefing thereafter regarding the Appeal should be conducted pursuant to a briefing schedule in accordance with the rules of this Court and the Bankruptcy Rules.

Dated this 1st day of February, 2011

| SCHNADER HARRISON SEGAL & LEWIS LLP | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP |
|---|---|
| /s/ Michael M. Carlson | /s/ Paul J. Pascuzzi |
| MICHAEL M. CARLSON<br>Counsel for Bradley D. Sharp, as Chapter 11 Trustee of SK Foods, L.P. | PAUL J. PASCUZZI<br>Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust |
| SEGAL & KIRBY LLP | NAGELEY MEREDITH & MILLER, INC. |
| /s/ Malcolm S. Segal | /s/ James C. Keowen |
| MALCOLM S. SEGAL<br>Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust | JAMES C. KEOWEN<br>Counsel for SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation, LLC, and CSSS, LP d/b/a Central Valley Shippers |

GOOD CAUSE APPEARING, IT IS ORDERED AS FOLLOWS,

1. March 17, 2011 shall be the deadline for Appellants to file their opening brief and excerpts of record in the Appeal, and
2. The deadlines of all other briefing regarding the Appeal shall be determined under the rules of this Court and the Bankruptcy Rules.

Dated: February 2, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT