1  STEVEN H. FELDERSTEIN, State Bar No. 056978
   PAUL J. PASCUZZI, State Bar No. 148810
2  TANIA M. MOYRON, State Bar No. 235736
   FELDERSTEIN FITZGERALD
3  WILLOUGHBY & PASCUZZI LLP
   400 Capitol Mall, Suite 1450
4  Sacramento, CA  95814: (916) 329-7400
   Facsimile: (916) 329-7435
5  sfelderstein@ffwplaw.com
   ppascuzzi@ffwplaw.com
6  tmoyron@ffwplaw.com

7  MALCOLM S. SEGAL, State Bar No. 075481
   SEGAL & KIRBY
8  770 L Street, Suite 1440
   Sacramento, California  95814
9  Telephone:  (916) 441-0828
   Facsimile:  (916) 446-6003
10 msegal@segalandkirby.com

11 Attorneys for Scott Salyer, individually and as
   Trustee of the Scott Salyer Revocable Trust, and the
12 Scott Salyer Revocable Trust

13
14 *Please see continuation page for a complete list of the moving parties and their respective counsel.*

15
16                     UNITED STATES DISTRICT COURT
17                     EASTERN DISTRICT OF CALIFORNIA

18 | In re: | District Court Case Number |
   | | CIV. **2:10−CV−03467−LKK** |
19 | SK FOODS, L.P., | |
   | | Bankruptcy Court Case Number |
20 |         Debtor. | NO. **09−29162−D−11** |
21 | | **STIPULATION AND ORDER EXTENDING** |
   | SCOTT SALYER, ET AL., | **DEADLINES REGARDING BANKRUPTCY** |
22 | | **APPEAL** |
23 |         Appellants, | |
   | v. | |
24 | SK FOODS, L.P., | |
25 |         Appellee. | |
26

27
28

## CONTINUATION SHEET: PARTIES

## AND THEIR RESPECTIVE COUNSEL

| | |
|---|---|
| STEVEN H. FELDERSTEIN, State Bar No. 056978<br>PAUL J. PASCUZZI, State Bar No. 148810<br>TANIA M. MOYRON, State Bar No. 235736<br>FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, California 95814<br>Telephone: (916) 329-7400<br>Facsimile: (916) 329-7435<br>sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com<br>tmoyron@ffwplaw.com<br><br>Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust | ANDREA M. MILLER, State Bar No. 88992<br>JAMES C. KEOWEN, State Bar No. 173546<br>NAGELEY MEREDITH & MILLER, INC.<br>8001 Folsom Boulevard, Suite 100<br>Sacramento, California 95826<br>Telephone: (916) 386-8292<br>Facsimile: (916) 386-8952<br>amiller@nmlawfirm.com<br>jimkeowen@nmlawfirm.com<br><br>Counsel for SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation, LLC, and CSSS, LP d/b/a Central Valley Shippers |
| MALCOLM S. SEGAL, State Bar No. 075481<br>SEGAL & KIRBY<br>770 L Street, Suite 1440<br>Sacramento, California 95814<br>Telephone: (916) 441-0828<br>Facsimile: (916) 446-6003<br>msegal@segalandkirby.com<br><br>Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust | GREGORY C. NUTI, State Bar No. 151754<br>KEVIN W. COLEMAN, State Bar No. 168538<br>MICHAEL M. CARLSON, State Bar No. 88048<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, California 94104-5501<br>Telephone: 415-364-6700<br>Facsimile: 415-364-6785<br>gnuti@schnader.com<br>kcoleman@schnader.com<br>mcarlson@schnader.com<br><br>Counsel for Bradley D. Sharp, Chapter 11 Trustee of SK Foods, L.P. and RHM Industrial/Specialty Foods, Inc. |

**STIPULATION**

Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust; the Scott Salyer Revocable Trust; SK PM Corp.; SK Foods, LLC; SKF Canning, LLC; Blackstone Ranch Corporation; Monterey Peninsula Farms, LLC; Salyer Management Company, LLC; SK Farms Services, LLC; SK Frozen Foods, LLC; SS Farms, LLC; SSC Farming, LLC; SSC Farms I, LLC; SSC Farms II, LLC; SSC Farms III, LLC; SKF Aviation, LLC; and CSSS, LP d/b/a Central Valley Shippers (collectively, "Appellants"), on the one hand, and Bradley D. Sharp ("Appellee"), the duly appointed and acting chapter 11 trustee of substantively consolidated debtors SK Foods, L.P., a California limited partnership, and RHM Industrial/Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co., on the other hand, by and through their respective counsel, hereby stipulate and agree as follows:

1. On December 28, 2010, the Clerk of the United States Bankruptcy Court for the Eastern District of California (the "Bankruptcy Court") filed a notice with the Court that the above-caption bankruptcy appeal (the "Appeal") had been transferred to the Court.

2. On or around January 14, 2011, Appellants and Appellee (together, the "Parties"), agreed to participate in a mediation concerning the Appeal, among other things, with Judge Michael McManus (the "Mediation").  As the issues on Appeal were to be negotiated and potentially resolved as a result of the Mediation, the Parties further agreed to postpone the briefing of the Appeal until a date after the Mediation.

3. In connection with the Mediation, the Parties requested jointly by stipulation and proposed order [Docket No. 7] (the "First Stipulated Order"), filed on February 1, 2011, that the Court establish a briefing schedule as agreed upon and proposed by the Parties.

4. On February 3, 2011, the Court entered the First Stipulated Order [Docket No. 8], setting March 17, 2011 as the deadline for Appellants to file their opening brief and excerpts of record in the Appeal (the "Briefing Deadline"), and ordering that all other briefing thereafter regarding the Appeal be conducted in accordance with the Local Rules of Practice for the United States District Court, Eastern District of California (the "Local Rules") and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

5.   On March 2-3, 2011, the Parties participated in the Mediation. Although the Parties were not able to reach a settlement, the Parties agreed at the end of the two-day Mediation to continue settlement discussions for an additional two weeks.

6.   In view of ongoing settlement discussions and the prospect that a settlement may be achieved in the interim, the Parties hereby jointly request that the Court enter an order granting a three-week extension of the Briefing Deadline to facilitate the continuation of settlement discussions. The Parties believe such extension is appropriate and warranted under the circumstances as it will assist the Parties' pursuit of a consensual resolution of the Appeal, as well as various other litigation pending before this Court and the Bankruptcy Court.

7.   Accordingly, the Parties respectfully request that the Court enter an order extending the Briefing Deadline to April 7, 2011 and instructing that all other briefing thereafter regarding the Appeal be conducted in accordance with the Local Rules and the Bankruptcy Rules.

**IT IS SO STIPULATED**

*[Remainder of Page Intentionally Left Blank]*

Dated: March 8, 2011

| | |
|---|---|
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | NAGELEY MEREDITH & MILLER, INC. |
| */s/ Paul J. Pascuzzi* <br> PAUL J. PASCUZZI <br> Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust | */s/ James C. Keowen* <br> JAMES C. KEOWEN <br> Counsel for SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation, LLC, and CSSS, LP d/b/a Central Valley Shippers |
| SEGAL & KIRBY LLP | SCHNADER HARRISON SEGAL & LEWIS LLP |
| */s/ Malcolm S. Segal* <br> MALCOLM S. SEGAL <br> Counsel for Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, and the Scott Salyer Revocable Trust | */s/ Gregory C. Nuti* <br> GREGORY C. NUTI <br> Counsel for Bradley D. Sharp, as Chapter 11 Trustee of SK Foods, L.P. and RHM Industrial/Specialty Foods, Inc. |

## **ORDER**

Pursuant to the foregoing stipulation, and good cause appearing therefor, **IT IS ORDERED AS FOLLOWS:**

1. April 7, 2011 shall be the deadline for Appellants to file their opening brief and excerpts of record in the Appeal.

2. The deadlines of all other briefing regarding the Appeal shall be determined under the Local Rules and the Bankruptcy Rules.

Dated: March 11, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT