1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  IN RE:

10 SK FOODS, L.P.

11           Debtor.

12 SCOTT SALYER,                              CIV. S-10-3467 LKK

13           Plaintiff,

14              v.

15 SK FOODS, LP,                                  O R D E R

16           Defendants.
   _____/

17

18      Currently before this court is a bankruptcy appeal.   On

19 January 20, 2011, this court related the bankruptcy appeal to a

20 criminal matter before it, <u>United States of America v. Frederick</u>

21 <u>Scott Salyer</u>, 2:10-cr-00061-LKK-GGH.   Appellee Trustee has filed

22 his Opposition to the appeal, and appellant debtors have filed

23 their Reply.   Appellants have filed Notice that the briefing on

24 appeal is now complete.

25 ////

26 ////

1    For the foregoing reasons, the court orders as follows:

2    Oral argument on the above-captioned bankruptcy appeal shall

3 be heard on June 20, 2011 at 10:00 a.m.

4    IT IS SO ORDERED.

5    DATED:  June 1, 2011.

6

7

8                         LAWRENCE K. KARLTON

9                         SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26