```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

        Plaintiff,

             v.                          CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

        Defendant.
_____/
IN RE:

SK FOODS, L.P.,

        Debtor.
BRADLEY D. SHARP,                        CIV. NO. S-10-810 LKK

        Plaintiff,

             v.

SCOTT SALYER, et al.,

        Defendants.
_____/

////
////
////
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  BRADLEY D. SHARP,                            CIV. NO. S-10-811 LKK
 5          Plaintiff,
 6             v.
 7  SKF AVIATION, LLC, et al.,
 8          Defendants.
    _____/
 9  IN RE:
10  SK FOODS, L.P.,
11          Debtor.
12  BRADLEY D. SHARP,                            CIV. NO. S-10-812 LKK
13          Plaintiff,
14             v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
    _____/
17  IN RE:
18  SK FOODS, L.P.,
19          Debtor.
20  BRADLEY SHARP,                               CIV. NO. S-10-1492 LKK
21          Plaintiff,
22             v.
23  SSC FARMS 1, LLC, et al.,
24          Defendants.
    _____/
25  ////
26  ////
```

2

```
 1  IN RE:
 2  SK FOODS, L.P.,                                    CIV. NO. S-10-1493
                                                       LKK
 3
            Debtor.
 4  _____/
    IN RE:
 5
    SK FOODS, L.P.,
 6
            Debtor.
 7
    BRADLEY SHARP,                                     CIV. NO. S-10-1496 LKK
 8
            Plaintiff,
 9
                  v.
10
    CSSS, L.P., et al.,
11
            Defendants.
12  _____/
    IN RE:
13
    SK FOODS, L.P.,
14
            Debtor.
15
    BRADLEY SHARP,                                     CIV. NO. S-10-1497 LKK
16
            Plaintiff,
17
                  v.
18
    FRED SALYER IRREVOCABLE
19  TRUST, et al.,

20          Defendants.
    _____/
21
    ////
22
    ////
23
    ////
24
    ////
25
    ////
26
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1498 LKK
 5          Plaintiff,
 6             v.
 7  SKF AVIATION, LLC., et al.,
 8          Defendants.
                                            /
 9  IN RE:
10  SK FOODS, L.P.,
11          Debtor.
12  BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK
13          Plaintiff,
14             v.
15  SCOTT SALYER, et al.,
16          Defendants.
                                            /
17  IN RE:
18  SK FOODS, L.P.,
19          Debtor.
20  BRADLEY SHARP,                              CIV. NO. S-10-1500 LKK
21          Plaintiff,
22             v.
23  SCOTT SALYER, et al.,
24          Defendants.
                                            /
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  BRADLEY D. SHARP,                              Civ. S-10-2912 LKK
 5          Plaintiff
 6              v.
 7  SSC FARMS 1, LLC, et al.,
 8          Defendants.
                                         /
 9  IN RE:
10  SK FOODS, L.P.,
11          Debtor.
12  BRADLEY D. SHARP,
                                                   Civ. S-10-2913 LKK
13          Plaintiff,
14              v.
15  SCOTT SALYER, et al.,
16          Defendants.
                                         /
17  IN RE:
18  SK FOODS, L.P.,
19          Debtor.
20  BRADLEY D. SHARP,
                                                   Civ. S-10-2914 LKK
21          Plaintiff,
22              v.
23  SKF AVIATION, LLC, et al.,
24          Defendants.
                                         /
25  ////
26  ////
```

5

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  SCOTT SALYER,                                    CIV. S-10-3467 LKK
 5          Plaintiff,
 6              v.
 7  SK FOODS, LP,
 8          Defendants.
                                        /
 9  IN RE:
10  SK FOODS, L.P.,
11          Debtor.
12  SCOTT SALYER, et al.,                            CIV. S-11-2987 GEB
13          Appellants,
14              v.
                                                     RELATED CASE ORDER
15  SK FOODS, L.P., et al.,
16          Appellees.
                                        /
17
```

   The above-captioned case, No. Civ. S-11-2987 GEB, is an appeal of a matter previously remanded by this court to the Bankruptcy Court, No. Civ. S-10-3467-LKK.  The court is in receipt of the appellants' Notice of Related Cases.

   Accordingly the court ORDERS as follows:

   1. The action denominated Civ. No. 2:11-CV-2987 GEB is hereby REASSIGNED to Judge Lawrence K. Karlton for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:11-CV-2987 LKK.

1  2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

3. The briefing schedule on the Motion To Stay (Dkt. No. 6 in the re-assigned case) shall remain unchanged, however, the hearing date is hereby re-scheduled to January 30, 2012 at 10:00 a.m. in Courtroom Four.

IT IS SO ORDERED.

DATED:  January 11, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT