```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

         Plaintiff,

             v.                        CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

         Defendant.
                                  /
IN RE:

SK FOODS, L.P.,

         Debtor.
BRADLEY D. SHARP,                      CIV. NO. S-10-810 LKK

         Plaintiff,

             v.

SCOTT SALYER, et al.,

         Defendants.
                                  /

////

////

////
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  BRADLEY D. SHARP,                    CIV. NO. S-10-811 LKK
 5          Plaintiff,
 6              v.
 7  SKF AVIATION, LLC, et al.,
 8          Defendants.
                                       /
 9  IN RE:
10  SK FOODS, L.P.,
11          Debtor.
12  BRADLEY D. SHARP,                    CIV. NO. S-10-812 LKK
13          Plaintiff,
14              v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
                                       /
17  IN RE:
18  SK FOODS, L.P.,
19          Debtor.
20  BRADLEY SHARP,                       CIV. NO. S-10-1492 LKK
21          Plaintiff,
22              v.
23  SSC FARMS 1, LLC, et al.,
24          Defendants.
                                       /
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.,                              CIV. NO. S-10-1493
                                                 LKK
 3
            Debtor.
 4  _____/
    IN RE:
 5
    SK FOODS, L.P.,
 6
            Debtor.
 7
    BRADLEY SHARP,                               CIV. NO. S-10-1496 LKK
 8
            Plaintiff,
 9
                  v.
10
    CSSS, L.P., et al.,
11
            Defendants.
12  _____/
    IN RE:
13
    SK FOODS, L.P.,
14
            Debtor.
15
    BRADLEY SHARP,                               CIV. NO. S-10-1497 LKK
16
            Plaintiff,
17
                  v.
18
    FRED SALYER IRREVOCABLE
19  TRUST, et al.,

20          Defendants.
    _____/
21
    ////
22
    ////
23
    ////
24
    ////
25
    ////
26
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1498 LKK
 5          Plaintiff,
 6             v.
 7  SKF AVIATION, LLC., et al.,
 8          Defendants.
                                          /
 9  IN RE:
10  SK FOODS, L.P.,
11          Debtor.
12  BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK
13          Plaintiff,
14             v.
15  SCOTT SALYER, et al.,
16          Defendants.
                                          /
17  IN RE:
18  SK FOODS, L.P.,
19          Debtor.
20  BRADLEY SHARP,                              CIV. NO. S-10-1500 LKK
21          Plaintiff,
22             v.
23  SCOTT SALYER, et al.,
24          Defendants.
                                          /
25  ////
26  ////
```

4

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  BRADLEY D. SHARP,                                    Civ. S-10-2912 LKK
 5          Plaintiff
 6              v.
 7  SSC FARMS 1, LLC, et al.,
 8          Defendants.
                                          /
 9  IN RE:
10  SK FOODS, L.P.,
11          Debtor.
12  BRADLEY D. SHARP,
                                                         Civ. S-10-2913 LKK
13          Plaintiff,
14              v.
15  SCOTT SALYER, et al.,
16          Defendants.
                                          /
17  IN RE:
18  SK FOODS, L.P.,
19          Debtor.
20  BRADLEY D. SHARP,
                                                         Civ. S-10-2914 LKK
21          Plaintiff,
22              v.
23  SKF AVIATION, LLC, et al.,
24          Defendants.
                                          /
25  ////
26  ////
```

5

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  SCOTT SALYER,                                    CIV. S-10-3467 LKK
 5          Plaintiff,
 6             v.
 7  SK FOODS, LP,
 8          Defendants.
   _____/
 9  IN RE:
10  SK FOODS, L.P.,
11          Debtor.
12  SCOTT SALYER, et al.,                            CIV. S-11-2987 GEB
13          Appellants,
14             v.
                                                     RELATED CASE ORDER
15  SK FOODS, L.P., et al.,
16          Appellees.
   _____/
17
```

18      The above-captioned case, No. Civ. S-11-2987 GEB, is an appeal
19 of a matter previously remanded by this court to the Bankruptcy
20 Court, No. Civ. S-10-3467-LKK.  The court is in receipt of the
21 appellants' Notice of Related Cases.

22      Accordingly the court ORDERS as follows:

23      1. The action denominated Civ. No. 2:11-CV-2987 GEB is hereby
24 REASSIGNED to Judge Lawrence K. Karlton for all further
25 proceedings.  Henceforth, the caption on documents filed in the
26 reassigned case shall be shown as Civ. No. 2:11-CV-2987 LKK.

1        2. The Clerk of the Court make shall appropriate adjustment
2   in the assignment of civil cases to compensate for this
3   reassignment.
4        3. The briefing schedule on the Motion To Stay (Dkt. No. 6 in
5   the re-assigned case) shall remain unchanged, however, the hearing
6   date is hereby re-scheduled to January 30, 2012 at 10:00 a.m. in
7   Courtroom Four.
8        IT IS SO ORDERED.
9        DATED:  January 11, 2012.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT