UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

       v.                               CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

    Defendant.
_____/
In re:

SK FOODS, L.P., a California limited partnership,

    Debtors.
_____/

BRADLEY D. SHARP, et al.,

    Plaintiffs,

       v.                               CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

    Defendants.
_____/

////

////

////

```
 1  IN RE:

 2  SK FOODS, L.P., a California
    limited partnership,
 3
              Debtors.
 4  _____/
    BRADLEY D. SHARP, et al.,
 5
              Plaintiffs,
 6
                   v.                        CIV. NO. S-11-1841 LKK
 7
    SCOTT SALYER, as trustee of
 8  the Scott Salyer Revocable
    Trust, et al.,
 9
              Defendants.
10  _____/
    IN RE:
11
    SK FOODS, L.P., a California
12  limited partnership,

13            Debtors.
    _____/
14  BRADLEY D. SHARP, et al.,

15            Plaintiffs,

16                 v.                        CIV. NO. S-11-1842 LKK

17  SSC FARMS 1, LLC, et al.,

18            Defendants.
    _____/
19  IN RE:

20  SK FOODS, L.P.,

21            Debtor.

22  SCOTT SALYER,
                                             CIV. NO. S-10-3467 LKK
23            Plaintiff,

24                 v.
    SK FOODS, LP,
25
              Defendants.
26  _____/
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  NAGELEY, MEREDITH & MILLER, INC.,
 5          Appellant,                      CIV. NO. S.12-0940 JAM
 6              v.
 7  BRADLEY D. SHARP, et al.,               O R D E R
 8          Appellee.
                                      /
 9
```

The court is in receipt of a notice that <u>Nageley, Meredith & Miller, Inc. v. Sharp (In re SK Foods, L.P.)</u>, Civ. No. S. 12-940 JAM, is related to <u>In re SK Foods, L.P.</u>, Civ. No. S. 10-3467 LKK, <u>Sharp v. SKF Aviation, LLC (In re SK Foods, L.P.)</u>, Civ. No. S. 11-1840 LKK, <u>Sharp v. Salyer (In re SK Foods, L.P.)</u>, Civ. No. S. 11-1841 LKK, and <u>Sharp v. SSC Farms I, LLC (In re SK Foods, L.P.)</u>, Civ. No. S. 11-1842 LKK.

Examination of the cases shows that Civ. No. S.12-940 JAM is not related to the other cases, in the sense contemplated by E.D. Cal. R. 123(c), as this case is a collateral matter not apparently related to the issues involved in the other cases.

The court therefore **DECLINES** to relate them.

IT IS SO ORDERED.

DATED:  May 1, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT